UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN LONGENECKER-WELLS, et al.,    Plaintiffs | : : : |
| v. | :    CIVIL NO. 1:15-CV-00422 : |
| BENECARD SERVICES, INC., d/b/a BENECARD PBF, et al.,    Defendants | : : : |

## *O R D E R*

AND NOW, this 22nd day of September, 2015, upon consideration of Defendant's Motion to Dismiss (Doc. 23), IT IS ORDERED that:

(1) Defendants' motion under Rule 12(b)(1) is DENIED.

(2) Defendants' motion under Rule 12(b)(6) is GRANTED and the plaintiffs' claims in the amended complaint are DISMISSED with prejudice for failing to state a claim upon which relief can be granted.

(3) The Clerk of Court shall close this case.

                                       /s/ William W. Caldwell
                                       William W. Caldwell
                                       United States District Judge